# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PETER ISAAC SMITH, III, Defendant. | CR 19-50-GF-BMM <br><br> ORDER |

Upon the motion of the United States and at the express request of the defendant, IT IS ORDERED that for all further proceedings in this case, the defendant's name shall be changed by interlineation to **PETER ISAAC SMITH, III.**

IT IS FURTHER ORDERED that the Clerk of Court amend the indictment to reflect the correct name of the defendant.

DATED this 17th day of October, 2019.

_____
Brian Morris
United States District Court Judge